**No. 39998.**—Protests 787240–G, etc., of Barsamian-Moomjy Co., Inc., et al. (New York).

Opinion by EVANS, J.   Following the authorities cited in Abstract 15400 the protests were dismissed.

**No. 39999.**—Protests 824175–G, etc., of Ashcraft Wilkinson Co. et al. (New York).

Opinion by EVANS, J.   Following the authorities cited in Abstract 15400 the protests were dismissed.

**No. 40000.**—Protests 925707–G, etc., of Ampol, Inc., et al. (New York).

Opinion by EVANS, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, DECEMBER 5, 1938

**No. 40001.**—Protests 929792–G, etc., of Wm. Shaland (New York).

Opinion by McCLELLAND, P. J.   The sample is a small article evidently designed to represent some kind of a bird or fowl, made of pine cone, wood, and wire. No competent testimony was furnished as to the component material of chief value.   The protests were therefore overruled.   Brown, J., concurred in the result.

**No. 40002.**—Protest 924841–G of Marshall Field & Co. (New York).

Opinion by SULLIVAN, J.   The appraiser reported that the merchandise consists of salt and pepper shakers with glass atomizer bases and the collector states that it was assessed as containers of perfume, talcum powder, etc., made otherwise than by automatic machine.   Nothing was found in the record to bring these articles within paragraph 218 (f).   On the record presented the protest was overruled.

BROWN, J., dissented, saying that the statement in the appraiser's report that "the aforementioned sprays are representative of the merchandise the subject of T. D. 48760" establishes these atomizers are not "bottles or jars." *Pressner* v. *United States* (C. A. D. 16) cited.